128

and that the prosecution in the manner followed was proper.

Complaint is renewed in appellant's motion for rehearing that the court submitted the case to the jury in such manner as authorized a conviction if appellant was the agent or employee of the school district regardless of the averment that he was an officer. This was called to the court's attention by proper objection to the instructions. The writer is of opinion there is merit in the objections, but pretermits discussion because of the disposition of appellant's motion on the other grounds discussed.

Further consideration has led us to the conclusion that we were in error in our judgment of affirmance. Appellant's motion for rehearing is granted, the judgment of affirmance is set aside, and the judgment of the trial court is now reversed and the cause remanded. The order of dismissal of the prosecution under the present indictment is not here made because the evidence upon another trial might not be the same. What has been said is sufficient to govern the State in any further prosecution.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for selling whisky in a dry area. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. The complaint and information appear to be in regular form, and are sufficient to charge the offense.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## MAHON v. STATE.
### No. 22507.

Court of Criminal Appeals of Texas.
May 12, 1943.

Tom L. Robinson, of Gatesville, for appellant.